To whom it may concern:

Enclosed are copies of the info I need to file a lawsuit against Cabarrus County Dept. of Health + Human Service. If any additional info is required you can contact me. Thank you.

Deirdre Bostick
9130 Pershore Pl
Tamarac, Fl 33321
704-490-3950