# PRIORITY MAIL EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

Business is closed Mon-12-24-18 + Tues-12-25-18

Please deliver Wednesday 12-26-18

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

EP13F July 2013  OD: 12.5 x 9.5

PS10001000006

INSPECTED

## UNITED STATES POSTAL SERVICE — PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE ( 704 ) 490-3950

Deirdre Bustick
9130 Pershore Place
Tamarac, Fl 33321

TO: (PLEASE PRINT)  PHONE (336) 332-6000

US District Court
324 W. Market St
Greensboro, NC

ZIP + 4® (U.S. ADDRESSES ONLY): 27401-2544

EE 414 278 798 US

DEC 21 2018 — TAMARAC FL USPS (x2)

RECEIVED DEC 26 2018 — CLERK, U.S. DISTRICT COURT GREENSBORO, NC

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 33351
Scheduled Delivery Date: 12/22
Postage: $24.70

Date Accepted: 12/21
Scheduled Delivery Time: ☒ 12 NOON

Time Accepted: 10/17

Total Postage & Fees: $24.70

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt: 12/22/18  Time: 1137 AM  Employee Signature: [signature]

LABEL 11-B, JULY 2018  PSN 7690-02-000-9996

U.S. POSTAGE PAID  PME 1-DAY  TAMARAC, FL 33351  DEC 21 18  AMOUNT $24.70  27401-2513  R2305K13  1007