IN THIS UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEIRDRE L. BOSTICK, ) | |
| ) | |
| Plaintiff, ) | Case No.: 18CV1042 |
| ) | |
| v. ) | |
| ) | DEFENDANT'S RULE 26(f) REPORT |
| CABARRUS COUNTY ) | |
| DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, ) | |
| ) | |
| Defendant, ) | |
| _____) | |

Cabarrus County submits the following Rule 26(f) Report to the Court.

In response to the Rule 26(a) disclosures, the County informs the Court that these parties were involved in an unemployment hearing in which witnesses testified and documents were exchanged on the issues raised in this lawsuit. The parties also provided information in the EEOC charge and response. There is no insurance involved in this case. The defendant does not believe there will be any expert witnesses required in this case.

No changes are required concerning the disclosures under Rule 26(a). There are no issues concerning preservation of electronically stored information or privilege or protection of trial preparation materials. There does not need to be any change in the

1

limitations imposed on discovery under the Federal Rules of Civil Procedure or the local rules.

<u>/s/Richard M. Koch</u>
Richard M. Koch
Cabarrus County Attorney
State Bar No. 8360
3320-201 Prosperity Church Road
Charlotte, North Carolina 28269
Telephone (704) 503- 5700
kochlaw@ctc.net

2

IN THIS UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DEIRDRE L. BOSTICK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 18CV1042 |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| CABARRUS COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) ) | |
| Defendant, | ) | |
| _____ | ) | |

    I hereby certify that on the April 19, 2019 pursuant to Fed. R.Civ. P. 5(b) and LCvR 5.3, I electronically filed the foregoing RULE 26(f) with the Clerk of Court utilizing the CM/ECF system of the United States District Court for the Middle District of North Carolina that will send electronic notification of such filing to all registered users. I also certify that a paper copy has been mailed to the plaintiff on this date at the following address:

DEIRDRE L. BOSTICK
9130 PERSHORE PLACE
TAMARAC, FLORIDA 33321
704-490-3950

This the 19th day of April, 2019.

/s/Richard M. Koch
Richard M. Koch
Cabarrus County Attorney
State Bar No. 8360
3320-201 Prosperity Church Road
Charlotte, North Carolina 28269
Telephone (704) 503- 5700
kochlaw@ctc.net