# IN THE UNITED STATES DISTRCIT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEIRDRE L. BOSTICK,<br><br>      Plaintiff,<br><br>v.<br><br>CABARRUS COUNTY DEPT. OF HEALTH AND HUMAN SERVICES,<br><br>      Defendant. | **NOTICE OF APPEARANCE**<br><br>Case No. 1:18CV1042 |

    David B. Goldberg, Deputy Cabarrus County Attorney, hereby provides notice to the court and all parties that he will appear, along with Richard M. Koch, Cabarrus County Attorney, who has previously entered an appearance in this case, for all purposes herein on behalf of Defendant Cabarrus County, which includes the Cabarrus County Department of Human Services.

    Please direct all future correspondence, notices, and other contracts regarding this case to Mr. Goldberg and Mr. Koch though the CM/ECF system or first-class mail.

    This the 2nd day of September 2, 2021.

                                                             /s/ David B. Goldberg
                                                             David B. Goldberg, NC Bar No. 49229
                                                              Deputy County Attorney
                                                              Cabarrus County
                                                              PO Box 707
                                                              Concord NC 28026
                                                              Telephone: (704) 920-2408
                                                             Email: dbgoldberg@cabarruscounty.us
                                                             *Attorney for the Defendant*

# IN THE UNITED STATES DISTRCIT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEIRDRE L. BOSTICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CABARRUS COUNTY DEPT. OF HEALTH AND HUMAN SERVICES,<br><br>　　　　Defendant. | **CERTIFICATE OF SERVICE FOR NOTICE OF APPEARANCE**<br><br>Case No. 1:18CV1042 |

I hereby certify that on September 2, 2021, I electronically filed the forgoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered users. I also certify that a paper copy has been mailed to the plaintiff on this date at the following address:

> Deirdre L. Bostick
> 9130 Pershore Place
> Tamarac, FL 33321

This the 2nd day of September 2, 2021.

> /s/ David B. Goldberg
> David B. Goldberg, NC Bar No. 49229
> Deputy County Attorney
> Cabarrus County
> PO Box 707
> Concord NC 28026
> Telephone: (704) 920-2408
> Email: dbgoldberg@cabarruscounty.us
> *Attorney for the Defendant*