IN THE UNITED STATES DISTRCIT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| DEIRDRE L. BOSTICK, | |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS FOR FAILURE TO PROSECUTE** |
| CABARRUS COUNTY DEPT. OF HEALTH AND HUMAN SERVICES, | Case No. 1:18CV1042 |
| Defendant. | |

Defendant Cabarrus County, North Carolina,[1] pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, moves to dismiss the Complaint of the Plaintiff, Deirdre L. Bostick due to the Plaintiff's failure to prosecute. In support of this Motion, Defendant relies on the brief accompanying this Motion.

Wherefore, Defendant respectfully requests this Court dismiss Plaintiff's Complaint with prejudice.

Respectfully submitted, this the 7th day of October, 2021.

/s/ David B. Goldberg
David B. Goldberg, NC Bar No. 49229
Deputy Cabarrus County Attorney
PO Box 707
Concord, North Carolina 28026

---

[1] The Plaintiff identified the "Cabarrus County Department of Health and Human Services" as the Defendant in her Complaint. No such department exists. Cabarrus County employed the Plaintiff from 2008 to 2017. During this time, the Plaintiff was assigned to the Cabarrus County Department of Human Services. As such, Cabarrus County construes the Plaintiff's complaint as naming "Cabarrus County, North Carolina" as Defendant.

Telephone: (704) 920-2408
Email: dbgoldberg@cabarruscounty.us

Richard M. Koch, N.C. Bar No. 8360
Cabarrus County Attorney
3320-201 Prosperity Church Road
Charlotte, North Carolina 28269
Telephone: (704) 503-5700
lawoffice@RichardKochLaw.com

**ATTORNEYS FOR THE DEFENDANT**

IN THE UNITED STATES DISTRCIT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| DEIRDRE L. BOSTICK, | |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE FOR MOTION TO DISMISS FOR FAILURE TO PROSECUTE** |
| v. | |
| CABARRUS COUNTY DEPT. OF HEALTH AND HUMAN SERVICES, | Case No. 1:18CV1042 |
| Defendant. | |

I hereby certify that on October 7, 2021, I electronically filed the forgoing MOTION TO DISMISS FOR FAILURE TO PROSECUTE with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered users. I also certify that a paper copy has been mailed to the plaintiff on this date at the following addresses:

| | |
|---|---|
| Deirdre L. Bostick | Deirdre L. Bostick |
| 9130 Pershore Pl | 5867 Hampton Hills Blvd |
| Tamarac, Fl 33321-4175 | Tamarac, Fl 33321-4181 |

This the 7th day of October, 2021.

/s/ David B. Goldberg
David B. Goldberg, NC Bar No. 49229
Deputy Cabarrus County Attorney
PO Box 707
Concord NC 28026
Telephone: (704) 920-2408
Email: dbgoldberg@cabarruscounty.us

**ATTORNEYS FOR THE DEFENDANT**