| Field | Value |
|---|---|
| BRO | 125678596 |
| Name | Bostick, Deirdre L |
| Address | 5867 Hampton Hills Blvd, Tamarac, 33321 |
| ID | 125678596 |

| Last | Style | First | Middle | Driver License | Source | Soc Sec Num | Source |
|---|---|---|---|---|---|---|---|
| Bostick | | Deirdre | Lynn | | H HSMV | | F,Form |

| Nbr | Suf | Dir | Street Name | Type | Dir Suf | Unit Type | Nbr | City Name | County | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5867 | | | Hampton Hills | Blvd | | | | Tamarac | BROWARD | 33321 |

Mail

City  State  Zip Code  Country

Email Address

☐ Receive Sample Ballots by Email    Language Preference: None

| Sex | Race | Party | Pty Chg Req Dte | Regn Date | | Reason(Status) |
|---|---|---|---|---|---|---|
| F | 3,Black, not Hispanic | Dem,Florida Democratic Party | / / | 05/08/2018 | ☐ See Comms | 1(A) Active Voter |

| Date of Birth | Birth Place | Telephone | Ext |
|---|---|---|---|
| 03/06/1959 | US | | |

Districts
| Precinct | Cng | Sen | Hse | CC | SB | Wrd | TAMARAC |
|---|---|---|---|---|---|---|---|
| J019.1 | 20 | 33 | 97 | 2 | 4 | 312 | |

☐ Assistance?    ☐ EW Interest?
☐ Addr Protect?  ☐ Fed Elections Only
☐ ID Required to Vote  ☐ Photo Id Seen

Election Worker    Photo ID Type

BRO   125678596   Bostick, Deirdre L                                 5867 Hampton Hills Blvd, Tamarac, 33321

## RECORDS MAINTENANCE / CHANGE FORM

1. Check boxes that apply: ☑ Legal Address Change ☐ Mailing Address Change ☐ Replacement Card ☐ Reactivate Status ☐ Signature Update ☐ Form Request ☐ Data Correction

   Registration Number: 125678596 CK

2. Voter's Last Name: **Bostick**  Suffix Circle: Jr. Sr. I. II. IV.  First Name: **Deirdre**  Middle Name/Initial:  Sex: (F)

3. Address Where Voter Lives (legal residence) No P.O. Box: **5867 Hampton Hills Blvd**   Apt/Lot/Unit:   City: **Tamarac**   State: **FL**   Zip: **33351**

4. Address where Voter Gets his Mail (if different from # 4):

5. Date of Birth:   6. Race/Ethnicity:   7. Social Security Number (optional):   8. Daytime Phone (optional):

9. Incorrect Name—use ONLY to make a Data correction to Voter's Name:

10. Address Where Voter Was Last Registered (use for legal address change):
    Address: **9130 Pershore Pl**
    Apt/Lot/Unit:
    City: **Tamarac**  State: **FL**  Zip: **33321**

11. Does Voter Need Assistance to Vote? ☐ Yes ☐ No

12. How was this information gathered? ☐ In Person ☑ By Phone
    Deputy's Signature: [signature]

13.

Voter Signature:     Date:

NO PARTY CHANGES / NO NAME CHANGES     SUPERVISOR OF ELECTIONS OFFICE USE ONLY

Date Image Scan 10/20/2020

# 125678596 Bostick, Deirdre Lynn (Activity)

BRO  125678596  Bostick, Deirdre L                                    5867 Hampton Hills Blvd, Tamarac, 33321

| | |
|---|---|
| Last Voter Activity Date | Nov/03/2020 |
| Date Last Voted | Nov/03/2020 |
| Date of Last Status Change | May/09/2018 |
| Record Creation Date | May/09/2018 |
| Registration Date | May/08/2018 |

| | |
|---|---|
| pre-FVRS Regn Number | 125678596 |
| Registration Code | 1 |
| Date Last Voter Card Printed | Oct/02/2020 |

Number of Times Voted

| 2021 | 0 | 2020 | 1 | 2019 | 0 |
| 2018 | 0 | | | | |

| Last Transaction Date | Operator |
|---|---|
| 10/30/20 06:21:35 PM | brofab5 |

VR Systems Voter Focus Version 20.12 5(0)
10/06/2021 10:05:46 AM
Operator = dreyes

125678596 Bostick, Deirdre Lynn  (Elections)

BRO   125678596   Bostick, Deirdre L.                                              5867 Hampton Hills Blvd, Tamarac, 33321

| Elec# | Date | Name | EViD Sig | Status/History |
|---|---|---|---|---|
| 229 | 11/2/2021 | Sp Pri -US House Dist 20 | N | Eligible (001D) |
| 225 | 11/3/2020 | 2020 General Election | N | Voted Early |

VR Systems Voter Focus Version 20.12 5(0)
10/06/2021 10:05:50 AM
Operator = dreyes

# 125678596  Bostick, Deirdre Lynn  (Audit)

BRO   125678596   Bostick, Deirdre L                                         5867 Hampton Hills Blvd, Tamarac, 33321

| Date | Cnty | Operator | Field | New Value | Old Value |
|---|---|---|---|---|---|
| 10/30/2020 6:21 PM | BRO | brofab5 | ActyDt | 10/30/2020 6:21:35 PM | 9/6/2018 12:00:00 AM |
| 10/30/2020 4:01 PM | | MMM | Early Vote | 225 2020 General Election | Ballot=(041G)1007480 |
| 10/20/2020 5:37 PM | | choward | Comm-In | BACK of Card Img | |
| 10/2/2020 2:47 PM | | ggrant | Comm-Out | Sent a Voter Id Card | Replacement Voter Card Sch'd by khope |
| 10/1/2020 5:33 PM | BRO | khope | FvrsLCD | 10/01/2020 17:34:27:00(RG05) | 10/01/2020 17:21:59:00 |
| 10/1/2020 5:21 PM | BRO | khope | FvrsLCD | 10/01/2020 17:21:59:00(RG05) | 09/06/2018 11:12:36:00 |
| 10/1/2020 5:21 PM | BRO | khope | ResAd | 5867 Hampton Hills Blvd | 9130 Pershore Pl |
| 9/7/2018 10:59 AM | | kwaite | Comm-Out | Sent a Voter Id Card | Change of Address Sch'd by sroberts |
| 9/6/2018 11:13 AM | | | Regn-Form | Change of Details: | DMV1, DMV - NW 9th Ave |
| 9/6/2018 11:13 AM | BRO | sroberts | ActyDt | 9/6/2018 11:12:27 AM | 5/9/2018 12:00:00 AM |
| 9/6/2018 11:13 AM | BRO | sroberts | City | 31 (TAMARAC) | 21 (SUNRISE) |
| 9/6/2018 11:13 AM | BRO | sroberts | CtyWd | 312 | 211 |
| 9/6/2018 11:13 AM | BRO | sroberts | FvrsLCD | 09/06/2018 11:12:36:00(RG01) | 05/09/2018 16:36:51:00 |
| 9/6/2018 11:13 AM | BRO | sroberts | Prior | 8819 Springtree Lakes Dr\|\|\|Sunrise\|BRO\|FL\|33351 | 5304 Harmon Pl\|\|\|\|Kannapolis\|\|NC\|28083 |
| 9/6/2018 11:13 AM | BRO | sroberts | PtyChRq | 08/30/2018 | |
| 9/6/2018 11:13 AM | BRO | sroberts | RePrc | J019.1 | M026.0 |
| 9/6/2018 11:13 AM | BRO | sroberts | ResAd | 9130 Pershore Pl | 8819 Springtree Lake Dr |
| 9/6/2018 11:13 AM | BRO | sroberts | Usps | 199 | 192 |
| 9/6/2018 11:13 AM | BRO | sroberts | Zip | 33321 | 33351 |
| 9/6/2018 11:12 AM | | sroberts | Comm-In | Office Note: | Processed Application from Suspense Queue, originating out |

VR Systems Voter Focus Version 20.12 5(0)
10/06/2021 10:05:56 AM
Operator = dreyes

# 125678596  Bostick, Deirdre Lynn  (Audit)

| BRO | 125678596 | Bostick, Deirdre L | | | 5807 Hampton Hills Blvd, Tamarac, 33321 |
|---|---|---|---|---|---|
| Date | Cnty | Operator | Field | New Value | Old Value |
| 9/6/2018 11:12 AM | | sroberts | Comm-In | Office Note: | Processed Application from Suspense Queue, originating out |
| 8/30/2018 12:00 AM | | brofab5 | Comm-In | Scanned Front of Card Img | |
| 5/10/2018 3:18 PM | | cvazquez | Comm-Out | Sent a Voter Id Card | New Voter Registration Sch'd by FVRS/BRO |
| 5/9/2018 4:38 PM | BRO | FVRS/BRO | Brnch | 1 | |
| 5/9/2018 4:38 PM | BRO | FVRS/BRO | MilCiv | C | |
| 5/9/2018 4:38 PM | BRO | FVRS/BRO | Reasn | 1 (1(A) Active Voter) | ZZ (ZZ(Z) Pending HSMV Verification) |
| 5/9/2018 4:38 PM | BRO | FVRS/BRO | Sttus | A | Z |
| 5/9/2018 4:36 PM | | | Regn-Form | Good Registration: | DMV1, DMV - NW 9th Ave |
| 5/9/2018 4:36 PM | | cmartin | Comm-In | Office Note: | Processed Application from Suspense Queue, originating out |
| 5/9/2018 4:36 PM | BRO | cmartin | ActyDt | 5/9/2018 4:36:47 PM | 1/1/1880 12:00:00 AM |
| 5/9/2018 4:36 PM | BRO | cmartin | AProt | N | |
| 5/9/2018 4:36 PM | BRO | cmartin | Asist | N | |
| 5/9/2018 4:36 PM | BRO | cmartin | BDate | 3/6/1959 12:00:00 AM | 1/1/1880 12:00:00 AM |
| 5/9/2018 4:36 PM | BRO | cmartin | BPlce | US | |
| 5/9/2018 4:36 PM | BRO | cmartin | City | 21 (SUNRISE) | |
| 5/9/2018 4:36 PM | BRO | cmartin | CtyWd | 211 | |
| 5/9/2018 4:36 PM | BRO | cmartin | DrvLc | | |
| 5/9/2018 4:36 PM | BRO | cmartin | Email S | N | |
| 5/9/2018 4:36 PM | BRO | cmartin | FedEl | N | |
| 5/9/2018 4:36 PM | BRO | cmartin | FName | Deirdre | |

# 125678596 Bostick, Deirdre Lynn (Audit)

BRO  125678596   Bostick, Deirdre L                                        5867 Hampton Hills Blvd, Tamarac, 33321

| Date | Cnty | Operator | Field | New Value | Old Value |
|---|---|---|---|---|---|
| 5/9/2018 4:36 PM | BRO | cmartin | FName | Deirdre | |
| 5/9/2018 4:36 PM | BRO | cmartin | Fvrs | 125678596 | |
| 5/9/2018 4:36 PM | BRO | cmartin | FvrsLCD | 05/09/2018 16:36:51:00 | |
| 5/9/2018 4:36 PM | BRO | cmartin | IdReq | N | |
| 5/9/2018 4:36 PM | BRO | cmartin | L4SSN | | |
| 5/9/2018 4:36 PM | BRO | cmartin | LName | Bostick | |
| 5/9/2018 4:36 PM | BRO | cmartin | MilDep | N | |
| 5/9/2018 4:36 PM | BRO | cmartin | MName | Lynn | |
| 5/9/2018 4:36 PM | BRO | cmartin | NoDlnSs | N | |
| 5/9/2018 4:36 PM | BRO | cmartin | Party | Dem | |
| 5/9/2018 4:36 PM | BRO | cmartin | Prior | 5304 Harmon Pl\|\|\|Kannapolis\|\|NC\|28083 | \|\|\|\|\| |
| 5/9/2018 4:36 PM | BRO | cmartin | PtyChRq | 05/08/2018 | |
| 5/9/2018 4:36 PM | BRO | cmartin | Race | 3 | |
| 5/9/2018 4:36 PM | BRO | cmartin | Reasn | ZZ (ZZ(Z) Pending HSMV Verification) | |
| 5/9/2018 4:36 PM | BRO | cmartin | RegDt | 5/8/2018 12:00:00 AM | 1/1/1880 12:00:00 AM |
| 5/9/2018 4:36 PM | BRO | cmartin | RePrc | M026.0 | |
| 5/9/2018 4:36 PM | BRO | cmartin | ResAd | 8819 Springtree Lake Dr Appt | |
| 5/9/2018 4:36 PM | BRO | cmartin | Sex | F | |
| 5/9/2018 4:36 PM | BRO | cmartin | SocSc | | |
| 5/9/2018 4:36 PM | BRO | cmartin | Sttus | Z | |

# 125678596  Bostick, Deirdre Lynn  (Audit)

| BRO | 125678596 | Bostick, Deirdre L | | | 5867 Hampton Hills Blvd, Tamarac, 33321 |
|---|---|---|---|---|---|
| Date | Cnty | Operator | Field | New Value | Old Value |
| 5/9/2018 4:36 PM | BRO | cmartin | LName | Bostick | |
| 5/9/2018 4:36 PM | BRO | cmartin | MilDep | N | |
| 5/9/2018 4:36 PM | BRO | cmartin | MName | Lynn | |
| 5/9/2018 4:36 PM | BRO | cmartin | NoDInSs | N | |
| 5/9/2018 4:36 PM | BRO | cmartin | Party | Dem | |
| 5/9/2018 4:36 PM | BRO | cmartin | Prior | 5304 Harmon Pl\|\|\|\|Kannapolis\|\|NC\|28083 | \|\|\|\|\|\| |
| 5/9/2018 4:36 PM | BRO | cmartin | PtyChRq | 05/08/2018 | |
| 5/9/2018 4:36 PM | BRO | cmartin | Race | 3 | |
| 5/9/2018 4:36 PM | BRO | cmartin | Reasn | ZZ (ZZ(Z) Pending HSMV Verification) | |
| 5/9/2018 4:36 PM | BRO | cmartin | RegDt | 5/8/2018 12:00:00 AM | 1/1/1880 12:00:00 AM |
| 5/9/2018 4:36 PM | BRO | cmartin | RePrc | M026.0 | |
| 5/9/2018 4:36 PM | BRO | cmartin | ResAd | 8819 Springtree Lake Dr Appt | |
| 5/9/2018 4:36 PM | BRO | cmartin | Sex | F | |
| 5/9/2018 4:36 PM | BRO | cmartin | SocSc | | |
| 5/9/2018 4:36 PM | BRO | cmartin | Sttus | Z | |
| 5/9/2018 4:36 PM | BRO | cmartin | SupVot | N | |
| 5/9/2018 4:36 PM | BRO | cmartin | Usps | 192 | |
| 5/9/2018 4:36 PM | BRO | cmartin | Zip | 33351 | |
| 5/8/2018 12:00 AM | | brofab5 | Comm-In | Scanned Front of Card Img | |