**United States District Court**
Middle District of North Carolina
324 W. Market Street, Suite 401
Greensboro, North Carolina 27401-2544

John S. Brubaker, Clerk

TELEPHONE:
(336) 332-6000

FILED OCT 29 2021
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.

October 8, 2021

DEIRDRE L. BOSTICK
~~9130 PERSHORE PLACE~~ 5867 Hampton Hills Blvd
TAMARAC, FL 33321    TAMARAC, Fl 33321

Re: 1:18ICV1042; DEIRDRE L. BOSTICK v. CABARRUS COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES

Dear Ms. Bostick,

Defendant filed a **Motion to Dismiss** on October 7, 2021, which may or may not be supported by affidavits.

You have the right to file a 20-page response in opposition to this motion. Your failure to respond or, if appropriate, to file affidavits or evidence in rebuttal within the allowed time may cause the court to conclude that the defendant's contentions are undisputed and/or that you no longer wish to pursue the matter. Therefore, unless you file a response in opposition to the motion, it is likely your case will be dismissed, or judgment granted in favor of the defendants. **A response to a Motion to Dismiss must be filed within 21 days from the date of service of the Motion upon you.**

Any response you file should be accompanied by a brief containing a concise statement of reasons for your opposition and a citation of authorities upon which you rely. You are reminded that affidavits must be made on personal knowledge, contain facts admissible in evidence and be made by one shown to be competent to testify. A false statement under oath or under penalty of perjury may be a crime punishable as provided by law.

The original of your response should be mailed to this office and a copy served upon all parties. Any pleadings presented to this court for filing must be accompanied by a certificate stating that you have served copies on all parties.

Sincerely,

JOHN S. BRUBAKER, CLERK
By: /s/ Jamie L. Sheets, Deputy Clerk

10/28/2021

Deirdre L. Bostick
5867 Hampton Hills Blvd.
Tamarac, Fl 33321

RE: 1:18CV1042; Deirdre L. Bostick -v- Cabarrus County Department of Health And Human Services

I Deirdre L. Bostick have received paperwork (Motion to Dismiss). I am respectfully requesting from the court to not dismiss my case. Cabarrus County Dept. of Health and Human Resources contends my last actions regarding the case was on January 31, 2019. There was also a court date set for April 25, 2019. I failed to appear. At that time I was residing in Florida and I am still residing in Florida. I started to become ill on a constant basis around this time frame but did not know why due to not going to the doctor. I have a great fear of the hospital. I could not afford to pay the $50.00 that Judge Peake enforced as I was unable to work most times due to being ill. Eventually I had a seizure

in my home and was taken by ambulance to the hospital. While waiting for test in the hospital I had another seizure and was hospitalized. I remained there for several days. The test and diagnosis was that I have stage 4 brain and lung cancer. I have attached my diagnosis with this correspondence. If anything further is needed to consider my case please advise.

Respectfully,
Deirdre L. Bostick
704-490-3950
deirdre.bostick59@gmail.com

P.S.: Cabarrus County did not send me the letter that instructs me how to proceed if I chose to. I only received the Motion to Dismiss paperwork and I had to call the Clerks office for them (the clerks office) to mail it to me so I could meet the deadline of November 1, 2021.