IN THE UNITED STATES DISTRCIT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEIRDRE L. BOSTICK,<br><br>  Plaintiff,<br><br>  v.<br><br>CABARRUS COUNTY DEPT. OF<br>HEALTH AND HUMAN SERVICES,<br><br>  Defendant. | DEFENDANT'S MOTION FOR<br>SUMMARY JUDGMENT<br><br>Case No. 1:18CV1042 |

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, Defendant, by counsel, moves for summary judgment. As more particularly described in Defendant's Memorandum in Support of Its Motion for Summary Judgment, and the supporting documentation attached thereto, Plaintiff cannot state a claim of discrimination under the Americans with Disabilities Act, 42 U.S.C.S. § 12101 et seq. ("ADA").

In short, Defendant Cabarrus County believes that summary judgment is appropriate in this matter because (1) the Plaintiff filed her complaint late; (2) a reasonable jury could not find that Cabarrus County terminated her or took other adverse employment action because of a disability; and (3) Cabarrus County did not fail to offer Plaintiff a reasonable accommodation. No genuine issues of material fact exist as to Plaintiff's claims and Defendant is entitled to judgment as a matter of law.

Based on the foregoing, Defendant, by counsel, requests the Court to enter an Order granting its Motion for Summary Judgment; dismissing Plaintiff's Complaint, with

1

prejudice; awarding it the costs and attorneys' fees expended herein; and granting such other relief as the Court deems just and proper.

Respectfully submitted, this the 15th day of December, 2021.

/s/ David B. Goldberg
David B. Goldberg, NC Bar No. 49229
Deputy Cabarrus County Attorney
PO Box 707
Concord, North Carolina 28026
Telephone: (704) 920-2408
Email: dbgoldberg@cabarruscounty.us

Richard M. Koch, N.C. Bar No. 8360
Cabarrus County Attorney
3320-201 Prosperity Church Road
Charlotte, North Carolina 28269
Telephone: (704) 503-5700
lawoffice@RichardKochLaw.com

ATTORNEYS FOR THE DEFENDANT

IN THE UNITED STATES DISTRCIT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEIRDRE L. BOSTICK,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CABARRUS COUNTY DEPT. OF HEALTH AND HUMAN SERVICES,<br><br>　　Defendant. | DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - CERTIFICATE OF SERVICE<br><br>Case No. 1:18CV1042 |

I hereby certify that on December 15, 2021, I electronically filed the forgoing DEFENDANT'S MOTION FOR SUMMARY JUDGMNT with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered users. I also certify that a paper copy has been mailed to the plaintiff on this date at the following addresses:

>Deirdre L. Bostick
>5867 Hampton Hills Blvd
>Tamarac, Fl 33321-4181

This the 15th day of December, 2021.

>/s/ David B. Goldberg
>David B. Goldberg, NC Bar No. 49229
>Deputy Cabarrus County Attorney
>PO Box 707
>Concord NC 28026
>Telephone: (704) 920-2408
>Email: dbgoldberg@cabarruscounty.us

3