# United States District Court
Middle District of North Carolina
324 W. Market Street, Suite 401
Greensboro, North Carolina 27401-2544

John S. Brubaker, Clerk          December 16, 2021          TELEPHONE:
(336) 332-6000

DEIRDRE L. BOSTICK
5867 HAMPTON HILLS BLVD.
TAMARAC, FL 33321

**Re:**     1:18CV1042; DEIRDRE L. BOSTICK v. CABARRUS COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES

Dear Ms. Bostick:

Defendant filed a **Motion for Summary Judgment** on December 15, 2021, which may or may not be supported by affidavits.

You have the right to file a 20-page response in opposition to this motion. Your failure to respond or, if appropriate, to file affidavits or evidence in rebuttal within the allowed time may cause the court to conclude that the defendants' contentions are undisputed and/or that you no longer wish to pursue the matter. Therefore, unless you file a response in opposition to the motion, it is likely your case will be dismissed, or judgment granted in favor of the defendants. **A response to a Motion for Summary Judgment must be filed within 30 days from the date of service of the motion upon you.**

Any response you file should be accompanied by a brief containing a concise statement of reasons for your opposition and a citation of authorities upon which you rely. You are reminded that affidavits must be made on personal knowledge, contain facts admissible in evidence and be made by one shown to be competent to testify. A false statement under oath or under penalty of perjury may be a crime punishable as provided by law.

The original of your response should be mailed to this office and a copy served upon all parties. Any pleadings presented to this court for filing must be accompanied by a certificate stating that you have served copies on all parties.

                                            Sincerely,

                                            JOHN S. BRUBAKER, CLERK
                                            By:    /s/ Jamie L. Sheets, Deputy Clerk