*Exhibit A*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEIRDRE L. BOSTIK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:18CV1042 |
| CABARRUS COUNTY DEPT. OF, HEALTH AND HUMAN SERVICES, | ) ) ) ) |
| Defendant. | ) ) |

### JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on November 15, 2021, was served on the parties in this action. (ECF Nos. 22, 23.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Motion to Dismiss for Failure to Prosecute is DENIED for the reasons set out in the Recommendation.

This, the 9th day of December 2021.

/s/ Loretta C. Biggs
United States District Judge