
Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEIRDRE L. BOSTICK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CABARRUS COUNTY )<br>DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES, )<br>)<br>Defendant. ) | Case No. 1:18CV1042 |

## ORDER

This matter is before the Court on Plaintiff's Request to Proceed In Forma Pauperis [Doc. #29]. The Court previously granted Plaintiff's prior Request to Proceed In Forma Pauperis, but found that Plaintiff could make monthly payments of $50.00 toward the filing fee at that time. Plaintiff has now filed the current Request and updated financial information to demonstrate that she is unable to make those monthly payments. Having considered the information presented in the application and affidavit, the Court will allow that request. Therefore, the Request to Proceed In Forma Pauperis will be granted, and Plaintiff will not be required to make further payments toward the filing fee. Plaintiff has until January 17, 2022 to respond to Defendant's pending Motion for Summary Judgment.

IT IS THEREFORE ORDERED that Plaintiff's Request to Proceed In Forma Pauperis [Doc. #29] is GRANTED, and no further payments toward the filing fee will be

required. Plaintiff has until January 17, 2022 to respond to Defendant's pending Motion for Summary Judgment.

This, the 29th day of December, 2021.

/s/ Joi Elizabeth Peake
United States Magistrate Judge