Exhibit F

In regard to the first position statement from DHS that I did not mention the exact accomodation that I desired that was denied. That statement is untrue as Mr. Angel and the Nurse Practitioner J. Fox both sent DHS letters stating that I was suffering Anxiety, Depression AND Claustrophobia. In regard to the second charge that I was placed on suspension due to complaints about my behavior from co-workers at which time they re-assigned me (a blatant act of retaliation) against me AFTER I had been complaining to my supervisor Natalia Young and the Administrator and lastly the Program Manager regarding the co-workers behaviors at the front desk and then they were called in to answer to those allegations which is what started my inability to cope at work. At the time (2 weeks of complaints) that I could substatiate, nothing was done on my behalf to remedy the situation instead they punished me by removing me from my position of 9 1/2 years. The main reason that I was complaining about Jasmt- I cant remember her last name was still on probation at the time. When she came to the agency they asked me to train her which I did. I have 6 months of evaluations from my supervisor with excellent reviews inclusive of my training of her as well as others (see attached) so it is ludicris that I suddenly was bulling them. If that was the case why was I continuously asked to train workers and supervisors? In response to the position statement that I left immediately after the re-assigment that also is not true I tried to work at the designated (switchboard room) that is a confined closed in area for several days but realized I was jeopordizing my health as I cannot function in confined closed in spaces as DHS is and was fully aware of as several years ago they tried out a training plan to have everyone rotate

job duties outside of their usual times and they were made aware at that time that I was mentally unable to do that. I was constantly away from my desk because I could not be confined to those closed in spaces. They then started to complain and kept calling me in for conferences. Eventually they discovered the plan they had put in place would not work (something I told them from the beginning) and they discontinued it and left everyone where they were hired to be in the first place. Although I did have stress at home as does everyone that stress had nothing to do with my FMLA leave nor did I tell them that was why I went out on FMLA. My illness started when they let others at the job retaliate against me and then chose to re-assign me. I have an abundance of emails, texts and lync's messages dated all the way back to 2008 when I first started the job to substatiate harrassment and discrimination from DHS against me from 2008 to present. I also can provide documentation from the McCombs Counseling Services regarding my mental health situation. On the day in question December 14, 2017 I did come in and report to work. I heard Lundee Covington tell Christine Marlowe "we have a plan" the phone volume was up and I could hear her. Ms. Marlowe then led me from her office to the same conference room where they originally suspended me and left in there with the door closed and was told the new Director Ms. Calhoun or Ms. Fournier (not sure what her real name is as she is listed as Fournier at the SECU bank as Director of DHS) was coming to speak with me. After a short time I could not breath and started to have an anxiety attack. I removed myself from the

room but was somewhat disoriented till I had to get myself together to make it back to Ms. Marlowe's office where I found her removing decorations from a party from her office door. I informed her I could not and would not go back and wait for Ms. Calhoun in that conference room as I was having anxiety. Ms. Marlowe then offered me to wait in her office where I was in the first place. I declined and told her I would wait in the parking lot in my car until they called me on my cell phone when Ms. Calhoun arrived. Approximately 45 to an hour or what seemed to me to be they called me at approximately 10:00am and told me to come back to Ms. Marlowe's office. When I arrived back inside Ms. Calhoun still was not there but the program manager Debbie Kendall, a supervisor (who was not my supervisor) Trudy Karriker and Christine Marlowe (part of Human Resources team) were in attendance. I have proof of the entire conversation that was held. You can contact my lawyer Mr. Kirk Angel to obtain verification of that conversation.

I then left at their instruction that I could not work that day despite the fact that they told me to come on that day via certified mail to return to work with no mention of needing any of the items they were now requesting even though I had them with me on that day which they did not accept and even denied that they already had the info. I left Ms. Marlowe's office and several co-worker's began stopping me to see how I was doing as they had not seen me since I left on FMLA in September. Ms. Karriker and Ms. Kendall followed me through the building and Ms. Kendall called out to me from the end of the hallway in front of other co-workers

and began to address me, asking "Deidre are you going to leave the building." At that point I was very aggrivated and asked her why. She told me I was not supposed to be in the building. I then told her they are the ones that told me to come and I was talking to my co-workers and was not doing anything wrong and I would leave when I felt like it when I finished talking. At this point my mental illness got the best of me because of everything they did to me that morning. Still I was not acting unruly or unsafe to anyone in the building. I then proceeded to leave and they had already called the deputy on me but as I said I was not doing anything wrong so when he appeared he did not say anything to me nor did he ask me to leave. Upon my departure I walked over to him he asked me if I was alright we hugged and I left on my own accord. I went directly to the County Manager's office and spoke with Mike Downs. In the time frame that I was out on FMLA I needed on several occassions to retrieve documentation from DHS for my lawyer and other reasons and DHS I assume kept instructin Ms. Marlowe from Human Resources to meet me in the parking lot as opposed to being allowed to come into the building where at the time I still worked and had badge access. One time in which the local authorities showed up and just sat in the parking lot in front of myself and Ms. Marlowe. This in itself was a form of discrimination against me as this request of meeting in the parking lot has never been asked of any other employee even those that were already terminated.

As far as the documentation regarding past issues with DHS that they have, I also have documentation regarding past issues with DHS. This whole issue has placed me on medication for my impairments caused by DHS. Medication which I now cannot afford. They have also denied my unemployment and disability payments which I have paid into for a very extensive period of time I believe if memory serves me right since I was employed by DHS. My primary care pysician increased my medication in January or February. Information that my lawyer will be able to obtain when necessary. Any further info needed can be obtained through his office.

Respectfully,
Deirdre Bostick
Deirdre Bostick  3/14/18

P.S. If necessary I have former DHS employee's as witness to the disgraceful and impractical practices of Cabarrus County DHS.