January 12, 2022


Exhibit G

Leonique Brown

107 Maple Street

PO Box 1512

Badin, NC 28009

980-734-9225

Leonique28127@aol.com

To The Presiding Judge:

I have known Deirdre Bostick in a variety of capacities for ten years. She has been my co-worker and a dear friend.

Mrs. Bostick has expressed to me the concerns she has with Cabarrus County DHHS. Having known Mrs. Bostick for the time that I have, Mrs. Bostick has expressed to me her sadness and disappointment that she has had to leave her job as a IMC1 at Cabarrus County DHHS due to her concerns of being moved from the front desk to the switch board room which has no windows and is closed in. Mrs. Bostick explained to her supervisors that it wasn't the position she had a problem with it was the location they wanted to move her to. she explained to them this was due to being claustrophobic. This was also express to them when we were asked to cross train in the switch board and call center (another very small room) she would have to get up and walk around the building to ease her anxiety. Due to this she was called to the office and told she has been seen walking around the building to often instead of being at her station. Mrs. Bostick is one of the humblest people I know marked by modesty. I have watched her for the past 4 years as she has been struggling with the loss of her job and having to relocate out of state so that she could gain employment after she left Cabarrus County DHHS. Mrs. Bostick is raising her grandson so being unemployed was not an option.

Mrs. Bostick is a dedicated and resourceful grandmother of a 17-year-old young man and has been raising her grandson since birth. I call her my sissy because she is like a sister to me although we are not related by blood. I'm going to use her first name now; Deirdre is one of the women in the community that will give anyone the shirt off her back if they ask for it. She worked at the department of Social Services for ten years where people come to us in need of help, some already to their breaking point. Deirdre is the resourceful person that when you came to her window after you explained what your needs were, she is going to do everything she needed to do to guide you in the correct direction. If Deirdre didn't know what direction you needed to go, she is going to ask you to wait and she is going to go find out just what it was she needed to do to get that customer to where they needed to be and who they needed to talk to. For 10 years I watched her master this craft.

Deirdre was able to do her job with her eyes closed. Deirdre was not just this way at work she is this way in her personal life as well. She is courageous and I have even seen her personally aid families to make sure they and their children were able to eat and not be without utilities on. Since she has moved to Florida a lot changed due to her health. I have watched my friend and sister Deirdre be the bravest women I know when she was diagnosed with two types of Cancer and not miss a beat. Deirdre is still up cooking and serving those who need. She has basically taken care of herself the last two years through a pandemic and manage to stay free of Covid while fighting for her life. If she didn't tell you she was sick you wouldn't have ever noticed. She is one of the smartest women I know, and she has this awesome passion for cooking...and decorating tables for every holiday. When Deirdre says she is going to do anything you best believe through any storm or rain she is going to do what she said she would do. I have never heard her say I can't do it, to anything.

In summary, I believe that Deirdre Bostick's Character is exemplary. The information they have provided you with sounds like she should have been fired 10 years ago, but she wasn't. Cabarrus county continued to use Deirdre to train new employee and new supervisors as well. Although ask to do these additional duties she was never compensated and never push the issue of compensation. Deirdre has also been trusted with the task of being the lead ICM1 (this is before an IMC1 lead worker was an actual position) at the front desk when a supervisor was not available. Supervisors and co-workers would call upon Deirdre for assistance and guidance.

Deirdre was the backbone of the front desk she was the de-escalator· If someone came in angry, she would calm them down before they went to the back with a worker. We all fall short at times no one is perfect. I just want to let you know your honor that Mrs. Bostick should receive great consideration and compassion in this case due to the loss of a position she loved and was truly dedicated to. She also had to move from her home, leave her family and friends who all live in North Carolina. When this all took place instead of a broken person being on the other side of her window asking for help, she was broken and disappointed that the agency she worked and dedicated herself to for so many years thought it was ok to watch and continue to break her some more and more every day.... Even when she got a letter from them recently, she was busy fighting for her life trying to beat cancer and here comes all this stress again. She just wants to be done with this closed chapter so she can move on with her life and be able to take care of herself and her grandson. More importantly she wants Cabarrus county to be held accountable for their actions over this issue and different treatment of her overall throughout her 10-year employment with the county.

If you have any questions, please do not hesitate to contact me.

Respectfully,

*Leonique Brown* (signature)

Leonique Brown

Kimberly Fountain
4613 Lenox Hill Place
Charlotte, NC 28268
(276) 358-0037

January 13, 2022

Re: Deirdre Bostick

To whom it may concern:

Deirdre Bostick is a person that I have known for over eight years as a coworker, a friend and just an overall good person. I can vouch for her and say that she has been a person of morals and integrity over the time we have known each other.

I can further say that Deirdre has been dedicated to her family and work and is a loving person towards her friends.

Deirdre handled clients at the front desk instead of sending them to me as well as the other workers, enabling the workers to concentrate on other Food Stamp duties. If there was an issue with a client's recertification she would flag and inform me. Most times she would do the review before it came to the workers to complete. She was proficient in her position.

She has been known to be extremely helpful, giving and loved by all.

Sincerely,

Kimberly Fountain

Tamara Darden
8914 Legacy Park Dr #Q
Charlotte, NC 28269
(216) 346-3729

January 13, 2022

Re: Deirdre Bostick

I have known Deirdre Bostick for about 9 years. I meet her while working at Cabarrus County Department of Social Services. She serviced that front desk, while I was a caseworker. When I started working there in January 2011, I met her along with others and she stated to me "if you have any questions, I am here to help assist". From that moment on, Deirdre was my go-to person if I needed assistant with issues that pertained to the front desk. She was very knowledgeable and friendly when it came to assisting me and whenever I saw her dealing with customers. I was even impressed when I found out she spoke Spanish. In my opinion, Deirdre 'ran' the front desk. She was more knowledgeable about policies and procedures than anyone else that worked the front desk with her.

In 2017, while employed with Cabarrus County, there was an incident that occurred to the both of us. We were informed that the color of our hair was not the in guidelines of their policy, a hue of red. We were both informed on the same day, but did not find out that the other had been reprimanded until days later when we both requested to schedule a meeting with HR. I had been employed with Cabarrus County since January 2011 and Deirdre since 2008 and management had never mentioned anything to me regarding the color of my hair. Especially since my hair (and hers) had been a hue of red from the day I was hired and from my understanding her as well. In the meeting with Lundee Covington, we both expressed that we were being discriminated against. Per the policy, employees were not allowed to have a color that does not naturally grow. It was explained that red is a natural hair color and that because our texture of hair is different from her texture of hair, the shade of red would be different. After that incident, we both believe that we were blackballed at Cabarrus County. Shortly after that, I left for my own personal reasons.

Besides having a working relationship with Deirdre, I also have a personal relationship with her outside of work. She is a nurturing and loving grandmother to her grandson, in which she was the caregiver of. She is a genuine person that I am proud to call my friend.

Sincerely,

Tamara Darden

To Whom It May Concern:

    I (Ashanti Anderson) have known Ms. Deidre Bostick for about 5 years. We met at Social Services in Cabarrus County where I was also employed. Ms. Bostick was the first person there to welcome me. We had an amazing friendship. We shared food recipes, and would even bring each other different dishes for lunch. Ms. Bostick would help me out when the other staff wouldn't. To this day we still are in contact with each other.

Words can't describe to how amazing I think Ms. Bostick is. I had a situation there with other front desk employees, where this one particular employee took a screen shot of a text message between me and Ms. Bostick and tried to make it out that Ms. Bostick was trying to start some stuff with me and sent it to me by a mistake. She was just being messy. The supervisor at the time even showed favoritism towards the staff that was being messy.

After this messy situation, I brought Ms. Bostick flowers to work as well as two cards because of the stress she was under from the unnecessary drama.

If you have any further question that you would like to ask me about me Ms. Bostick I would love to share the information that I have about everyone that worked in our Department.

Respectfully,

*Ashanti Anderson*
Ashanti Anderson



500 Fifth Avenue
New York NY 10110
orcworldwide.com

Tel 212-719-3400
Fax 212-398-1358

October 11, 2007

Re: Deirdre L. Bostick

To Whom It May Concern

Dear Sir or Madam:

This letter is a recommendation for employment for Deirdre L. Bostick. Deirdre worked in New York for ORC Worldwide, a management consulting firm from 1996 to 2006. Her major responsibilities were related to the management and analysis of data to support our client work in the area of international compensation.

Deirdre was a popular and effective member of the ORC staff during the years that she worked here. She carried out her responsibilities efficiently in a team environment where staff are very dependent on the responsiveness, accuracy and competence of their colleagues.

I would most definitely recommend Deirdre.

Sincerely,

Geoffrey W. Latta
Executive Vice-President



500 Fifth Avenue     Tel 212-719-3400
New York NY 10110     Fax 212-852-0350
orcworldwide.com

October 18, 2007

Ms. Deirdre Bostick

3710 Concord Pointe Lane

Concord, NC 28027

To Whom It May Concern:

Deirdre Bostick worked directly with me at ORC Worldwide for a period of 9 years ending in October 2006. During that period, I had the great pleasure of seeing her blossom from an assistant to Data Entry to Associate Survey Analyst. That was the last position she held before opting to seek a better career opportunity elsewhere.

Deirdre is a hard-working self-motivator who invariably understands responsibility and commitment to succeeding, no matter the project. Deirdre always met all proposed deadlines and in most cases completed her projects ahead of schedule.

Ms. Bostick is very resourceful and frequently resolved roadblocks and difficult tasks often without seeking assistance. She worked effectively as a team member and often led where possible.

It was a shock to all of Deirdre's colleagues to see her go, but not one person failed to wish her the very best in her next endeavor. She is truly missed in this office and family environment.

In closing, based on my experience working with her, I can unreservedly recommend Deirdre to you. If you would like further elaboration, feel free to contact me at (212) 852-0315.

Sincerely,

John Reviere
Corporate Administrative Manager

**ORC** WORLDWIDE®

500 Fifth Avenue
New York NY 10110
orcworldwide.com

Tel 212-719-3400
Fax 212-852-0350

October 24, 2007

Subject: Letter of Recommendation for Deirdre Bostick

To Whom It May Concern:

I am pleased to write this letter of recommendation for Deirdre Bostick. In Deirdre's last two years of employment with ORC Worldwide, I managed all data operations for the International Compensation business in which she was employed. During those two years, Deirdre was responsible for daily entry of various cost of living figures, tracking of country specific hardship ratings, weekly production of client reports and other administrative functions. All tasks were effectively performed in accordance with a demanding data publication schedule and Deirdre distinguished herself as an enthusiastic and proficient member of the Data Production team. At all times, I had found her to be hard working, dependable and conscientious to her duties.

Deirdre was a notably respected and sociable individual who was well liked by all staff members. Furthermore, through direct conversations about daily events and personal happenings, I had also grown to appreciate Deirdre as a woman of great strength and integrity, who is tremendously dedicated to her family.

Deirdre will be an asset to any organization and therefore, I can confidently recommend her for any position or undertaking that she chooses to pursue. Please do not hesitate to call me if you would like to discuss this recommendation further.

Sincerely,

Stephen Mancuso
Senior Vice President



500 Fifth Avenue
New York NY 10110
orcworldwide.com

Tel 212-719-3400
Fax 212-398-1358

December 1, 2006

Subject: Letter of Recommendation for Deirdre Bostick

To Whom It May Concern:

It is my pleasure to write a letter of recommendation for Deirdre Bostick. I was Deirdre's immediate supervisor for about six years at ORC Worldwide. In her time at ORC, Deirdre was responsible for data entry of various cost of living figures, tracking of country specific hardship ratings, printing reports which were sent to our clients, and other administrative functions. Deirdre proved herself as an effective team player and a very efficient worker.

Deirdre was a highly professional individual who was respected and liked by everyone on our staff. Her job responsibilities were always completed in a timely manner and often exceeded expectations. She was also enthusiastic about learning and gaining more responsibilities.

Please feel free to contact me personally if you have any questions or require any additional information.

Sincerely,

Jason Mele
Data Production Manager