Exhibit H



HAIR COLOR IS A hue
of Red. This is my BAdgE
And color of my HAIR
WhEN hiREd