Date of Conference: 8/30/2016


*Exhibit I*

# EMPLOYEE CONFERENCE

| Employee Name: | Deidre Bostick | Evaluation for the period: | August 2016 |
|---|---|---|---|
| Title: | IMC I | | |
| Supervisor: | Natalia Young | Department: | ESD CPU |
| Title | IMS II | | |

### GOALS AND OBJECTIVES DURING THIS EVALUATION PERIOD

- Screening clients and routing them to proper areas in the agency; gathering and scanning incoming documents to the appropriate worker; obtaining and updating client's information in pilot and NCFast; conducting interviews for FNS, open reviews in NCFast and adding interview evidence; processing changes for FNS, Medicaid WFFA and Energy Programs; maintaining record files and confidentiality.

### LEAVE TIME

- Timesheet Balances eff. 8/28/2016: Comp: 0, Vacation: 15.54, Sick: 4.09

### CASELOAD NUMBERS/ APPLICATIONS PENDING

- N/A

### TRAINING NEEDS

- Assignment of applications in NCFast

### SUPERVISOR INPUT/CONCERNS

- . Deidre is very detailed oriented and provides excellent customer service. She maintains daysheets and timesheets updated. Numbers of clients seen are lower compared to colleagues, however, she is very consistent and has minimal errors and tries to take care of client's needs at front desk without the need of seeing a CWII. There has only been one error reported regarding ABAWD regulations during the time I have been supervising Deidre which is minimal compared with the volume of clients and compared to her colleagues. Deidre is a pleasure to work with

### WORKER INPUT/CONCERNS

- Everyone comes to Deirdre for questions and that also slows her down. Many workers come to her asking her questions. All other staff rely on Deirdre to answer questions and support.

### GOALS FOR NEXT MONTH

- Maintaining confidentiality; use of language form

- Worker implemented goal:

### OTHER

- None

| EMPLOYEE SIGNATURE | SUPERVISOR SIGNATURE | |
|---|---|---|
| *Deidre Bostick* 8/30/16 Date | *[signature]* | 8/30/16 Date |

# EMPLOYEE CONFERENCE

| Employee Name: | Deidre Bostick | Evaluation for the period: | Sep 2016 |
|---|---|---|---|
| Title: | IMC I | | |
| Supervisor: | Natalia Young | Department: | ESD CPU |
| Title | IMS II | | |

## GOALS AND OBJECTIVES DURING THIS EVALUATION PERIOD

- Screening clients and routing them to proper areas in the agency; gathering and scanning incoming documents to the appropriate worker; obtaining and updating client's information in pilot and NCFast; conducting interviews for FNS, open reviews in NCFast and adding interview evidence; processing changes for FNS, Medicaid WFFA and Energy Programs; maintaining record files and confidentiality.

## LEAVE TIME

- Timesheet Balances eff. 9/19/2016: Comp: 0, Vacation: 18.54, Sick: 7.79

## CASELOAD NUMBERS/ APPLICATIONS PENDING

- N/A

## TRAINING NEEDS

## SUPERVISOR INPUT/CONCERNS

- . Deidre is very detailed oriented and provides excellent customer service. Deirdre always researches answers and calls workers and supervisors to get issues resolved without having to queue to CWII. She is very proactive and informs clients of their situation and what is needed in their individual case. Deirdre has seen an avg of 23 clients per day so far in September. Deirdre is consistent and she continues to have minimal errors. No errors reported so far this month. Deirdre keeps supervisor informed of work load and works together with her team to ensure coverage. She constantly provides guidance and assistance not only to her team mates but also to other workers and supervisors in the agency. Deirdre is always willing to help and she is very knowledgeable of all processes and procedures in the agency.

## WORKER INPUT/CONCERNS

- 

## GOALS FOR NEXT MONTH

- Provide assistance to new colleagues: Nystasia and Jael

## OTHER

- None

| EMPLOYEE SIGNATURE | SUPERVISOR SIGNATURE |
|---|---|
| _Deidre Bostick_  9-19-16   Date | _Nh_  9/19/16   Date |

Case 1:18-cv-01042-LCB-JEP   Document 31-9   Filed 01/19/22   Page 2 of 12

# EMPLOYEE CONFERENCE

| Employee Name: | Deidre Bostick | Evaluation for the period: | Oct 2016 |
|---|---|---|---|
| Title: | IMC I | | |
| Supervisor: | Natalia Young | Department: | ESD CPU |
| Title | IMS II | | |

## GOALS AND OBJECTIVES DURING THIS EVALUATION PERIOD

- Screening clients and routing them to proper areas in the agency; gathering and scanning incoming documents to the appropriate worker; obtaining and updating client's information in pilot and NCFast; conducting interviews for FNS, open reviews in NCFast and adding interview evidence; processing changes for FNS, Medicaid WFFA and Energy Programs; maintaining record files and confidentiality.

## LEAVE TIME

- Timesheet Balances eff. 10/24/2016: Comp: 1.5, Vacation: 30.04, Sick: 4.37

## CASELOAD NUMBERS/ APPLICATIONS PENDING

- N/A

## TRAINING NEEDS

## SUPERVISOR INPUT/CONCERNS

- . Deidre continues to provide great customer service at the front desk. She pays close attention to detail and continues to provide service with minimal errors. Deirdre always goes out of her way to research answers and ensure she gives the most accurate information to the clients and to other workers. She always ensures clients are informed of what they need before they leave the agency and she also writes detailed narratives with all information needed for the CWII. Deirdre is very thorough providing information to CWII before queuing a client to see worker in order for workers to be prepared for the clients. Deirde has seen an avg of 23 clients per day so far in October. Deirdre is consistent and she continues to have minimal errors. No errors reported so far this month. Deirdre keeps supervisor informed of work load and works together with her team to ensure coverage. Many times she shortens her lunch and stays after 5:00 to ensure lobby is clear and all clients have been taken care of. She provides guidance to new workers as well as any other agency staff that need her assistance. Deirdre's knowledge and attention to detail continue to be an asset to the front desk staff and the agency as a whole.

## WORKER INPUT/CONCERNS

- 

## GOALS FOR NEXT MONTH

- 

## OTHER

- None

| EMPLOYEE SIGNATURE | SUPERVISOR SIGNATURE |
|---|---|
| *Deidre Bostick* 10/24/16    Date | *[signature]* 10/24/16    Date |

# EMPLOYEE CONFERENCE

| Employee Name: | Deidre Bostick | Evaluation for the period: | Nov 2016 |
|---|---|---|---|
| Title: | IMC I | | |
| Supervisor: | Natalia Young | Department: | ESD CPU |
| Title | IMS II | | |

## GOALS AND OBJECTIVES DURING THIS EVALUATION PERIOD

- Screening clients and routing them to proper areas in the agency; gathering and scanning incoming documents to the appropriate worker; obtaining and updating client's information in pilot and NCFast; conducting interviews for FNS, open reviews in NCFast and adding interview evidence; processing changes for FNS, Medicaid WFFA and Energy Programs; maintaining record files and confidentiality.

## LEAVE TIME

- Timesheet Balances eff. 11/29/2016: Comp: 3, Vacation: 35.04, Sick: 4.27

## CASELOAD NUMBERS/ APPLICATIONS PENDING

- N/A

## TRAINING NEEDS

## SUPERVISOR INPUT/CONCERNS

- . Deidre continues to be a great asset to the front desk staff. Deirdre is detailed oriented with minimal errors. She continues to take care of clients at front desk without the need of having to wait to see a CWII. Deirdre researches answers and gives clients accurate information. She is highly concerned with the overall performance of the team and keeps supervisor informed on job and team performance. Deirde saw 440 clients in the month of October. Deirdre continues to provide guidance to workers at the front desk and case worker IIs and supervisors in other areas. Many workers and supervisors rely on Deirdre for questions due to her knowledge and abilities at the front desk and in the agency. Deirdre shortens her lunch to ensure coverage and to ensure clients have been taken care of. No errors reported so far this month. Daysheets and timesheets updated.

## WORKER INPUT/CONCERNS

-

## GOALS FOR NEXT MONTH

-

## OTHER

- None

| EMPLOYEE SIGNATURE | SUPERVISOR SIGNATURE |
|---|---|
| Deidre Bostick 11/29/16 Date | Date |

# EMPLOYEE CONFERENCE

| Employee Name: | Deidre Bostick | Evaluation for the period: | Jan 2017 |
|---|---|---|---|
| Title: | IMC I | | |
| Supervisor: | Natalia Young | Department: | ESD CPU |
| Title | IMS II | | |

## GOALS AND OBJECTIVES DURING THIS EVALUATION PERIOD

- Screening clients and routing them to proper areas in the agency; gathering and scanning incoming documents to the appropriate worker; obtaining and updating client's information in pilot and NCFast; conducting interviews for FNS, open reviews in NCFast and adding interview evidence; processing changes for FNS, Medicaid WFFA and Energy Programs; maintaining record files and confidentiality.

## LEAVE TIME

- Timesheet Balances eff. 1/9/2017: Comp: 2.25, Vacation: 29.89, Sick: 12.85

## CASELOAD NUMBERS/ APPLICATIONS PENDING

- N/A

## TRAINING NEEDS



## SUPERVISOR INPUT/CONCERNS

- . Deidre continues to be detailed oriented with minimal errors. Deirde researches information by calling supervisors and workers to ensure she answers questions for the clients. Deirdre has built relationships with many workers and supervisors and they all rely on her for guidance and assistance at the front desk. She is considered the leader and the go to person for all front desk issues by her own supervisor and other supervisors and workers. She continues to take care of clients at front desk without the need of having to wait to see a CWII. Deirdre always keeps supervisor informed on job and team performance. Deirdre saw 344 clients in the month of November and 309 during the month of December. Deirdre continues to provide guidance to workers at the front desk and they consider her a leader. Deirdre continues to shorten her lunch to ensure coverage and to ensure clients have been taken care of. No errors reported so far this month. Daysheets and timesheets updated.

## WORKER INPUT/CONCERNS

- 

## GOALS FOR NEXT MONTH

- 

## OTHER

- None

| EMPLOYEE SIGNATURE | SUPERVISOR SIGNATURE | |
|---|---|---|
| *Deirdre Bostick* | *Nata Y* | 1/10/17 |
| 1/10/17          Date | | Date |

# EMPLOYEE CONFERENCE

| Employee Name: | Deidre Bostick | Evaluation for the period: | Feb 2017 |
|---|---|---|---|
| Title: | IMC I | | |
| Supervisor: | Natalia Young | Department: | ESD CPU |
| Title | IMS II | | |

### GOALS AND OBJECTIVES DURING THIS EVALUATION PERIOD

- Screening clients and routing them to proper areas in the agency; gathering and scanning incoming documents to the appropriate worker; obtaining and updating client's information in pilot and NCFast; conducting interviews for FNS, open reviews in NCFast and adding interview evidence; processing changes for FNS, Medicaid WFFA and Energy Programs; maintaining record files and confidentiality.

### LEAVE TIME

- Timesheet Balances eff. 2/172017: Comp: 0, Vacation: 27.39, Sick: 9.19

### CASELOAD NUMBERS/ APPLICATIONS PENDING

- N/A

### TRAINING NEEDS

### SUPERVISOR INPUT/CONCERNS

- Deirdre continues to provide excellent customer service and assist clients at the front desk without the need to see a CWII. She is detailed oriented and continues to ensure safety and security of clients and other workers at the front desk/lobby area which is crucial for the agency. Deirdre always utilizes policies and procedures given to address situations and gets the right people involved when needed. Deirdre serviced 353 clients during the month of January. She had 2 errors of not opening reviews in NCFast which have been discussed. Deirdre is always a pleasure to work with and keeps supervisor informed of team performance.

### WORKER INPUT/CONCERNS

- 

### GOALS FOR NEXT MONTH

- 

### OTHER

- None

| EMPLOYEE SIGNATURE | SUPERVISOR SIGNATURE |
|---|---|
| *Deidre Bostick* 2-17-17     Date | *signature* 2/17/17     Date |

# EMPLOYEE CONFERENCE

| Employee Name: | Deidre Bostick | Evaluation for the period: | March 2017 |
|---|---|---|---|
| Title: | IMC I | | |
| Supervisor: | Natalia Young | Department: | ESD CPU |
| Title | IMS II | | |

## GOALS AND OBJECTIVES DURING THIS EVALUATION PERIOD

- Screening clients and routing them to proper areas in the agency; gathering and scanning incoming documents to the appropriate worker; obtaining and updating client's information in pilot and NCFast; conducting interviews for FNS, open reviews in NCFast and adding interview evidence; processing changes for FNS, Medicaid WFFA and Energy Programs; maintaining record files and confidentiality.

## LEAVE TIME

- Timesheet Balances eff.3/29/17: Comp: 4.5, Vacation: 15.79 Sick: 12.38

## CASELOAD NUMBERS/ APPLICATIONS PENDING

- N/A

## TRAINING NEEDS



## SUPERVISOR INPUT/CONCERNS

- Deirdre continues to provide excellent customer service by making sure she gets questions answered for the clients. Deirdre continues to do her best to assist clients at the window without the need to see another worker. Deirdre saw 335 queues in February with no errors reported. Deirdre takes her time with the clients to ensure she answers all their questions. Deirdre does her job well consistently with very few mistakes.

## WORKER INPUT/CONCERNS

- 

## GOALS FOR NEXT MONTH

- 

## OTHER

- None

| EMPLOYEE SIGNATURE | SUPERVISOR SIGNATURE |
|---|---|
| *Deidre Bastick* 3/29/17 Date | 3/29/17 Date |

# EMPLOYEE CONFERENCE

| Employee Name: | Deidre Bostick | Evaluation for the period: | May 2017 |
|---|---|---|---|
| Title: | IMC I | | |
| Supervisor: | Natalia Young | Department: | ESD CPU |
| Title | IMS II | | |

## GOALS AND OBJECTIVES DURING THIS EVALUATION PERIOD

- Screening clients and routing them to proper areas in the agency; gathering and scanning incoming documents to the appropriate worker; obtaining and updating client's information in pilot and NCFast; conducting interviews for FNS, open reviews in NCFast and adding interview evidence; processing changes for FNS, Medicaid WFFA and Energy Programs; maintaining record files and confidentiality.

## LEAVE TIME

- Timesheet Balances eff 5/25/17.: Comp: Vacation: 6.79 Sick: 17.16

## CASELOAD NUMBERS/ APPLICATIONS PENDING

- N/A

## TRAINING NEEDS

## SUPERVISOR INPUT/CONCERNS

- Deirdre served 263 clients in the month of April. She is always looking for better ways to improve any process at the front desk. She offers suggestions on ways to improve any process. She follows all protocols and informs supervisor of any discrepancies that can jeopardize the agency and the security of all employees or clients. Deirdre has been checking the FNS timely and untimely reviews to ensure they have been opened properly in order to meet FNS timeliness. No errors reported this month. Deirdre is an excellent team player. Many times she delays her lunch or breaks to ensure front desk coverage. Deirdre has had a few things that required the use of her vacation/leave time lately however we discussed importance of building time for emergencies.

- Where do you want to be in 5 years (career)= Good where she is. What can I do to make your daily tasks more engaging or to help you grow? No.

## WORKER INPUT/CONCERNS

-

## GOALS FOR NEXT MONTH

-

## OTHER

- None

| EMPLOYEE SIGNATURE | SUPERVISOR SIGNATURE |
|---|---|
| *Deidre Bostick* 5/25/17 /Date | *signature* 5/25/17 Date |

## EMPLOYEE CONFERENCE

| Employee Name: | Deidre Bostick | Evaluation for the period: | June 2017 |
|---|---|---|---|
| Title: | IMC I | | |
| Supervisor: | Natalia Young | Department: | ESD CPU |
| Title | IMS II | | |

---

### GOALS AND OBJECTIVES DURING THIS EVALUATION PERIOD

- Screening clients and routing them to proper areas in the agency; gathering and scanning incoming documents to the appropriate worker; obtaining and updating client's information in pilot and NCFast; conducting interviews for FNS, open reviews in NCFast and adding interview evidence; processing changes for FNS, Medicaid WFFA and Energy Programs; maintaining record files and confidentiality.

### LEAVE TIME

- Timesheet Balances eff 6/23/17.: Comp:3  Vacation: 14.79 Sick: 16.31

### CASELOAD NUMBERS/ APPLICATIONS PENDING

- N/A

### TRAINING NEEDS

### SUPERVISOR INPUT/CONCERNS

- Deirdre served 365 clients in the month of May. Since meeting on June 2nd regarding county policy on hair, supervisor has noticed she has been different since the incident. What can be done to make situation better? Deirdre states she is going to keep to herself because no one is here is her friend. She is not here to be anyone's friend. She is here to do her job. She will continue to do her job and not socialize. She felt supervisor didn't have her back with an incident with Loretta Keller coming to the front to show her the wig she had on. Supervisor apologized and that was not the intention. Supervisor only thought Loretta's intentions might not be what Deirdre was thinking but still handled the situation by telling supervisor T Crockett to speak to Loretta. On this meeting, Deirdre explained why she felt the way she did. Supervisor again apologized and appreciated her bringing this to her attention.

- Deirdre is a leader due to her experience

- Discussed leave time. Had a conversation regarding time usage. Certain circumstances have come up and supervisor realizes this is Deirdre's time, however, we don't want an emergency to come up and Deirdre have to use LWOP. Her job might not be protected under those circumstances. Deirdre is going to continue working on building up her time. We discussed situations that happened with grandson and this is the reason she misses a lot of her time. She is working 30 min lunches to be able to build some of this time and to be able to continue to support her grandson.

### WORKER INPUT/CONCERNS

-

### GOALS FOR NEXT MONTH

-

### OTHER

- None

# EMPLOYEE CONFERENCE

| Employee Name: | Deidre Bostick | Evaluation for the period: | Jul 2017 |
|---|---|---|---|
| Title: | IMC I | | |
| Supervisor: | Natalia Young | Department: | ESD CPU |
| Title | IMS II | | |

## GOALS AND OBJECTIVES DURING THIS EVALUATION PERIOD

- Screening clients and routing them to proper areas in the agency; gathering and scanning incoming documents to the appropriate worker; obtaining and updating client's information in pilot and NCFast; conducting interviews for FNS, open reviews in NCFast and adding interview evidence; processing changes for FNS, Medicaid WFFA and Energy Programs; maintaining record files and confidentiality.

## LEAVE TIME

- Timesheet Balances eff 7/27/17.: Comp:0  Vacation: 24.79 Sick: 20.64

## CASELOAD NUMBERS/ APPLICATIONS PENDING

- N/A

## TRAINING NEEDS

## SUPERVISOR INPUT/CONCERNS

- Deirdre served 582 clients during the month of June. She is doing a great job building up her vacation and leave time in order to avoid any situations of LWOP as discussed last month. This has been one of our focus for the month and Deirdre has been very successful achieving that goal. Deirdre continues to be a leader at the front desk. We talked about continuing those leadership roles and trying to promote positivity within the Front Desk staff since they all look up to her. Jaset will be sitting with Deirdre on Monday and Tuesday doing some training since

- .

## WORKER INPUT/CONCERNS

- 

## GOALS FOR NEXT MONTH

- 

## OTHER

- None

| EMPLOYEE SIGNATURE | SUPERVISOR SIGNATURE |
|---|---|
| _Deidre Bostick_ 7/27/17 Date | _signature_ 7/27/17 Date |

# EMPLOYEE CONFERENCE

| Employee Name: | Deidre Bostick | Evaluation for the period: | Aug 2017 |
|---|---|---|---|
| Title: | IMC I | | |
| Supervisor: | Natalia Young | Department: | ESD CPU |
| Title | IMS II | | |

## GOALS AND OBJECTIVES DURING THIS EVALUATION PERIOD

- Screening clients and routing them to proper areas in the agency; gathering and scanning incoming documents to the appropriate worker; obtaining and updating client's information in pilot and NCFast; conducting interviews for FNS, open reviews in NCFast and adding interview evidence; processing changes for FNS, Medicaid WFFA and Energy Programs; maintaining record files and confidentiality.

## LEAVE TIME

- Timesheet Balances eff 8/28/17.: Comp:0  Vacation: 32.79 Sick: 24.67

## CASELOAD NUMBERS/ APPLICATIONS PENDING

- N/A

## TRAINING NEEDS

## SUPERVISOR INPUT/CONCERNS

- Deirdre served 447 clients during the month of July. She is still working at building up her vacation and sick leave in order to avoid any situations of LWOP. She has helped Jaset with her training and she recently started helping Ashanti as well. She will also be assisting Sandra once Ashanti is finished training and new temp starts at greeter. She continues to do a good job making sure the front desk is running smooth and will adjust her lunch time as well as stay over after work to ensure all clients have been served.

- 

## WORKER INPUT/CONCERNS

- 

## GOALS FOR NEXT MONTH

- 

## OTHER

- None

| EMPLOYEE SIGNATURE | SUPERVISOR SIGNATURE |
|---|---|
| *Deidre Bostick* 8/29/17 Date | 8/29/17 Date |

Dec. 2016
—No conferences
conducted this
month.

—April 2017 |
No conference
since performance
review was
discussed this
month.