# *McCombs Counseling and Consulting, Inc.*

608 McCombs Ave.   Kannapolis, NC 28083   Phone: (704) 933-0007   Fax: (704) 933-0300

*Jefferson W. McCombs, LCMHC, M.Ed.*  o  *Ralph E. Covington, LCMHC, MA, CAS, NCC*
*Beth Arrigo, Ph.D.*  o  *Sarah Bolme, MSW, LCSW*  o  *Gregory Johnson, MSW, LCSW*

January 13, 2022

Exhibit J

Deidre Bostick
5867 Hampton Hills Boulevard
Tamarac, Florida 33321

I am a Licensed Professional Counselor (LPC #1023) in the state of North Carolina. Deidre Bostick was referred to me utilizing her Employee Assistance Program benefit. Ms. Bostick's first session was on March 4, 2016. I saw her intermittently through January 5, 2018. This left one unused session on McLaughlin-Young's EAP Authorization Number 52291 which was due to expire after 30 days.

During the first session, Ms. Bostick was visibly upset at times and reported difficulties with concentration and aspects of daily living. She also reported a loss of appetite and insomnia. Ms. Bostick reported that she was under the care of Dr. Jwairijah Foxx. She reported having high blood pressure which was under control with medication prescribed by Dr. Foxx.

In addition to Ms. Bostick's daily life being affected by anxiety, she reported difficulties at work due to being assigned roles and responsibilities for which she was not originally hired. Additionally, Ms. Bostick had located to North Carolina from New York so she could play a more strategic role in her grandson's growth and development. At the time I saw Ms. Bostick, her grandson was having adjustment difficulties at his school.

I worked with Ms. Bostick helping her learn how to re-frame her anxieties and difficult circumstances through Rational Emotive Therapy. Ms. Bostick was very attentive and gave feedback that she understood how negative thoughts can create anxiety and a depressed mood. She reported learning how to take responsibility for her feelings and let go of the judgments of others.

When Ms. Bostick returned to counseling in 2017, she was under the care of Dr. Ashley Robinson. In addition to blood pressure concerns, Ms. Bostick was also taking medication for a depressed mood. Ms. Bostick was again very emotional at the October 3, 2017 session. She was encouraged to use the "self-soothing" techniques learned in previous sessions including deep breathing, positive self-talk and "I" messages for effective communication.

During the time I worked with Ms. Bostick, she attended eleven face-to-face counseling sessions and missed four schedule appointments. This was over a period of time from March 4, 2016 until January 5, 2018. Ms. Bostick reported that she felt her memory had been affected by the stress she had experienced with her job.

During her last session, I administered the Miller-Duncan Outcome Rating Scales. Ms. Bostick had a good deal of "scatter" on the assessment. Her highest scores were in the average range and were in the areas of Personal Well-being, Family and Close Relationships. Below average scores were for Friendships, Work and Overall. These scores appeared to reflect Ms. Bostick's concerns and love for her immediate family. These scores also indicated that she was continuing to have difficulties at work. We discussed the "fight or flight" reaction to stress. Ms. Bostick said that she was now taking 20 mg of Lexapro but still experienced periods of insomnia.

She was encouraged to schedule another appointment the following week but did not schedule this final EAP session.

Respectfully,

*Ralph E. Covington, Jr.*

Ralph E. Covington, Jr.
LCMHC, MA, CAS, NCC