

Carolinas HealthCare System

845 CHURCH STREET NORTH
SUITE 101
CONCORD, NC 28025



DEIRDRE BOSTICK
5304 HARMON PLACE
KANNAPOLIS NC 28083

December 08, 2017

To whom it may concern,

I have seen Ms. Bostick in the office 12/08/2017 for follow up on her conditions. She is currently dealing with multiple impairments related to anxiety, depression and claustrophobia that are impacting her ability to adjust to major life activities. She is currently under treatment and will continue to do so as warranted to help her condition continue to improve.

As such, Ms. Bostick feels she is ready to return to work on 12/14/2017 with reasonable accomodations to allow herto perform her job duties. Due to her anxiety and reported claustrophobia, she is requesting that she be returned to her position as IMCI at the front desk instead of in the switchboard room. Outside of this request, she is not asking for any additional changes.

Additionally, she has a previously scheduled appointment that she cannot miss on 12/15/2017, so please excuse her from work on this date.

Sincerely,

Juwairiyah Foxx NP-C
(Jason Hillman, DO, supervising physician)
Cabarrus County Clinic
Health and Wellness Center
845 Church Street North, Suite 101
(phone) 704-403-0550