Exhibit L

# Deirdre Bostick

**From:** Deirdre Bostick
**Sent:** Friday, July 11, 2014 12:35 PM
**To:** Ben Rose; Suzanne Moose
**Subject:** RE: Bostick Concerns

Ben,
Thank you so very much for your response. I was a little unclear as to whether you meant we will address my concerns as in you, I and Ms. Moose or you and your team. Thanks.

**From:** Ben Rose
**Sent:** Friday, July 11, 2014 10:51 AM
**To:** Suzanne Moose; Deirdre Bostick
**Subject:** RE: Bostick Concerns

Deirdre,
I am in receipt of your concerns re dress code enforcement and we will review your concerns next week.
For an initial response, I wanted to inform you that our Senior Management Team met with Lundee on July 2 to review protocols for dress code enforcement to try to ensure consistency. At our upcoming ALT meeting, there will be some new protocols developed with Lundee to address enforcement.
We have discussed potential dress codes that are uniformed based as well (aka standard shirts/pants etc). We try to always be fair and consistent. A dress code that is diverse though does lend itself to subjectivity.
We will formally review your concerns next week though, thanks for taking time to write them down
Ben

**From:** Suzanne Moose
**Sent:** Friday, July 11, 2014 10:43 AM
**To:** Ben Rose
**Subject:** Bostick Concerns

Received in writing.

**From:** Deirdre Bostick
**Sent:** Thursday, July 10, 2014 2:53 PM
**To:** Suzanne Moose
**Subject:** Concerns

1. There is no consistency across the agency
2. Supervisors themselves come in looking like they are going to the park i.e.: unkept hair – nails – tennis shoes – tight fitting clothes – overly loose fitting clothing
3. The moral level among workers is at zero percent. IE: at the end of the day we are all human – have issues at home – some are single parents like myself trying to do the best they can with what they have, not to come to work and be micro-managed regarding case loads and appearance. At one point I have been told I should only be going to the bathroom on break time or lunch. I don't believe that is an agency rule or that anyone else is held to that standard. Sometimes people need to express their individuality (within moderation) to relieve some of the stress of everyday life in conjunction with a job/workload that is already stressful. We need to be

Case 1:18-cv-01042-LCB-JEP   Document 31-12   Filed 01/19/22   Page 1 of 3

able to concentrate on our job to enable us to do the best job possible to help our clients. I am continuously reminded that we are here to serve the clients. I am finding that more and more impossible to do when every week upper management is harassing me about one thing or another, some of which they are not harassing anyone else about. I use the word harass/discrimination because when I came to this agency six years ago I was the same person I am now (have had some corrective growing) but none the less I am essentially the same person (hair, nails, clothing). The agency hired me with those attributes.

4. The agency has people afraid to speak up for fear of retaliation or intimidation, hence moral/initiative is consistently dropping. The agency has 3 supervisors who have left within a 6 month period of time. Workers are leaving on a consistent basis some of which don't even have a next job lined up to go to.
5. When you voice certain concerns you get: "well that division is different and has different supervisors." The key word is: "division" which absolutely what we have here. DHHS is **one** entity and should be treated as such. The same rules should apply across the board. There should not be this rule only applies to certain divisions according to who the person or supervisor is.
6. When one person is continuously called out (myself) one could **perceive** that to be a form of discrimination against him or herself causing unnecessary duress on both sides.
7. There is no back up or support from upper management to protect the rights of the worker no matter what the client does or says. The worker is never given the benefit of the doubt (even when the deputy himself backs up what the worker is stating happened because he has seen what transpired between the worker and the client) Some circumstances are out of our control.
8. The agency continues to implement rules but when they are enforced at the front desk by me it backfires and seems to always be at fault. IE: Well Deirdre you should have made an exception because the client is always right" I am fine with that premise of the client is always right, however we need to just do away with the rules period if every time I tell a client something he or she does not want to hear regarding the rules that the agency has put in place I get a write up or verbally reprimanded. We need to be clear so as **everyone** is on the same page on both sides of the fence client and worker. During my tenure here there have been a lot of occurrences of that nature. If you take a look at my record it will become blatantly obvious that although management states I need to work on some things so do they. Every time I have an evaluation things that have transpired in the past continue to come up on the new evaluation so I never really get a fair evaluation as far as I am concerned.
9. In conclusion, if I am neat, clean, hygienically appropriate, respectful and doing my job to the best of my ability let me do that!! This is what I was hired to do, support and help the citizens of Cabarrus County. I have never, nor has the agency ever addressed me stating that a client has voiced concern or complained regarding my appearance. Quite the contrary. I am constantly complimented on my appearance from the clients. I would greatly appreciate if it you were able to come up and sit with me at the front desk one day so you may see for yourself the reception I receive on a daily basis from our clients. Some clients ask where I get my nails and hair done so they can go. I feel blessed and glad that I can help someone brighten their day with just that little bit of information. I feel this takes their mind off of the reason they have to come to DHHS in the first place to a certain degree.
10. I would like an opportunity to be a part of your team that I hope you would organize to evaluate improvement for the betterment of DHHS. Not to be disrespectful but upper management is not always right especially when they are never at the front desk. I would like to be part of the solution as opposed to the problem.

Respectufully,


Deirdre Bostick
IMC Caseworker 1
E-Mail dlbostick@cabarrusdss.net
Phone: 704-920-1436
Fax: 704-920-1401

2



# Cabarrus County
## Department of Human Services

July 16, 2014

To: DHS Staff

From: Ben Rose, Director

Re: Dress Code Protocol

As you are aware, the county has a dress code that was passed to ensure we always represent the county well through professional appearance and grooming. It is the goal of the dress code to allow for flexibility in style, promote safety, and promote professional appearance. The dress code is somewhat expansive and subject to interpretation at times, which can create difficulty in effectively administering the code.

Therefore, in an effort to have fairness in dress code enforcement, if a supervisor identifies what he/she believes is a violation, a final determination will be made by both a supervisor and their manager/administrator. If they (the supervisor and manager) cannot make a definite conclusion, the Director/Assistant Director can make the final decision. This is to allow a second interpretation in an effort to be fair to the employee but maintain the dress code standards. If an employee is in violation of the dress code policy, corrective actions will be taken, including possibly being sent home to make changes in accordance w policy. Repeated violations of the dress code will result in disciplinary action.

It is the expectation of the county that we look professional when at work and adhere to the dress code. We should all strive to communicate a professional image at all times. If we are unable to do so properly, we may have to explore a more restrictive dress code/uniform standard. However, it is our goal to promote adherence at all levels. The Agency Leadership Team has been directed to ensure consistent and effective enforcement of the county dress code policy.

Thank you for your consideration and review. The link for the County Dress Code is https://intranet.cabarruscounty.us/Departments/HumanResources/Policies/Appropriate%20Dress.pdf for your review. Should you have questions, please see your supervisor.

Ben


Cc: County Management
Human Resources
Safety and Risk Management

1303 S. Cannon Blvd • Kannapolis, North Carolina 28083 • State Courier#: 05-09-02 • 704.920.1400 • Fax 704.920.1401
www.cabarruscounty.us/government/departments/human-services
Striving to improve the quality of life in the community for all citizens.

Case 1:18-cv-01042-LCB-JEP   Document 31-12   Filed 01/19/22   Page 3 of 3