



FROM: Deirdre Bostick
5867 Hampton Hills Blvd
Tamarac, Fl 33321

TO: Office of the Clerk
United States District Court
324 West Market Street
Room 401
Greensboro, NC 27401

PRIORITY MAIL 2-DAY®

US POSTAGE PAID
$8.95
Origin: 33351
01/14/22
1130630275-17

0 Lb 9.30 Oz
1004

EXPECTED DELIVERY DAY: 01/18/22

C023

SHIP TO:
324 W MARKET ST
STE 401
GREENSBORO NC 27401-2544

USPS TRACKING #
9505 5100 2584 2014 5247 85

RECEIVED In This Office JAN 19 2022 CLERK DISTRICT COURT GREENSBORO, N.C.

TAMARAC BRANCH TAMARAC FL JAN 14 2022 USPS







**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.