**Exhibit A**



