UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

**MASTER TRIAL CALENDAR**

HONORABLE LORETTA C. BIGGS, UNITED STATES DISTRICT JUDGE
HONORABLE L. PATRICK AULD, UNITED STATES MAGISTRATE JUDGE

**JULY 5, 2022**
9:30 a.m.

NOTICE TO COUNSEL

Said term will begin on **July 5, 2022**. **The court is monitoring the COVID-19 outbreak and may issue subsequent orders affecting the July Master Calendar. Counsel will be notified of a date certain for trial closer to the start of the term. Counsel in all cases shall be prepared to appear at any time during the Master Calendar term when notified to do so by the Court. Counsel will be notified of a date certain for trial closer to the start of the term**. Any case in which a jury is selected shall be prepared to commence on 24-hour notice.

For the purposes of compliance with Fed.R.Civ.P.26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein, all cases listed below should consider the first date of the Master Calendar as their trial date. **Unless the court orders otherwise, pretrial disclosures must be made no later than June 3, 2022. Motions in limine must be filed no later than June 10, 2022. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than June 17, 2022.**

A settlement conference in each case will ordinarily be set approximately two weeks before commencement of the Master Calendar term. Counsel are directed to bring their clients and representatives from the corporations to the settlement conference.

Jury Selection for **Judge Loretta C. Biggs, will take place in Courtroom No. 4, 251 N. Main St., Winston Salem, NC.** Counsel shall remain in contact with the Clerk's Office as to the position of their case(s) on the trial list.

If you are contemplating using either the District Court's or your own Digital Evidence Presentation System, please visit the Court Technology section at our website, www.ncmd.uscourts.gov. If counsel choose to use their own system, they are to contact opposing counsel and the **Judge's Case Manager** at least one week prior to commencement of the trial.

As cases are resolved, counsel may be required to appear before a **_different_** judge for jury selection and/or trial. The tentative trial judge is listed in parenthesis beside each case.

1:18CV01042          DEIRDRE L. BOSTICK v. CABARRUS COUNTY          (Biggs)
                     DEPARTMENT OF HEALTH AND HUMAN SERVICES
                     **JURY: CIVIL RIGHTS**
                     Plaintiff:      Deirdre L. Bostic (Pro Se)
                     Defendant:      David B. Goldberg
                                     Richard M. Koch
                     ETT:            ?


1:19CV00272          MAXWELL KADEL, ET AL. v. DALE FOLWELL,          (Biggs)
                     ET AL.
                     **JURY: CIVIL RIGHTS**
                     Plaintiff:      Deepika H. Ravi
                                     Omar F. Gonzalez-Pagan
                                     Tara L. Borelli
                                     Adam Safer
                                     Carl S. Charles
                                     David Brown
                                     Dmitriy G. Tishyevich
                                     Ezra U. Cukor
                                     Grace H. Wynn
                                     Lauren H. Evans
                                     Lauren E. Snyder
                                     Michael W. Weaver
                                     Warren Haskell
                                     Amy E. Richardson
                     Defendant:      John G. Knepper
                                     James Garner
                                     Kevin G. Williams
                                     Mark A. Jones
                                     James B. Trachtman
                     Amicus:         Sarah M. Saint
                                     Shana L. Fulton
                     ETT:            5 days

1:19CV00961      PATRICK CLEMONS v. THE CITY OF      (Biggs)
GREENSBORO, ET AL.
**JURY: CIVIL RIGHTS ACT**

| | |
|---|---|
| Plaintiff: | Patrick Clemons (Pro Se) |
| Defendant: | Jason R. Benton |
| | Daniel E. Peterson |
| ETT: | 4-5 days |

1:19CV01152      Q.C., ET AL. v. WINSTON SALEM/FORSYTH      (Biggs)
COUNTY SCHOOLS BOARD OF EDUCATION
**JURY: CIVIL RIGHTS OF HANDICAPPED CHILD**

| | |
|---|---|
| Plaintiff: | Stacey M. Gahagan |
| Defendant: | David B. Noland |
| | Maura K. O'Keefe |
| ETT: | 3 days |

1:20CV00738      STEPHANIE A. WALKER v. PETSENSE LLC, ET AL.  (Biggs)
**JURY: DIVERSITY- TORT/NON-MOTOR VEHICLE**

| | |
|---|---|
| Plaintiff: | Quintin D. Byrd |
| Defendant: | Kevin S. Joyner |
| | Jefferson P. Whisenant |
| ETT: | 2-3 days |

1:20CV00833      ANNA N. GUARDIPEE, ET AL. v. RAJ TRANSPORT  (Biggs)
INC., WILLIAM B. SMITH JR.
**JURY: TORT NEGLIGENCE**

| | |
|---|---|
| Plaintiff: | Jennifer S. Degraw |
| | Andrew M. Bowman |
| | Matthew W. Broughton |
| | Matthew B. Tynan |
| | Robert J. King, III |
| | Daniel Colston |
| Defendant: | Frank M. Wall |
| ETT: | 4 days |