IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DEIRDRE L. BOSTICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18-CV-1042 |
| | ) | |
| CABARRUS COUNTY DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in an Order filed contemporaneously with this Judgement,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment, (ECF No. 26), is GRANTED and this action is DISMISSED.

This, the 26th day of May 2022.

/s/ Loretta C. Biggs
United States District Judge